# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL J. HUEBNER,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-03826-MRW<br><br>*Assigned to the Honorable Michael R. Wilner*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///

///

///

---

[PROPOSED] ORDER

Plaintiff GAIL J. HUEBNER ("**Plaintiff**") and Defendant FCA US LLC ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay, within forty-five days (45) of entry of the Court's order, the sum of $25,000.00 to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) Each of the undersigned represents that he or she has been duly authorized to enter into the Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/21/2019

_____ Michael R. Wilner
JUDGE OF THE UNITED STATES DISTRICT COURT

Prepared by:
**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-7973
Fax: (310) 552-7973
Email: stevem@knightlaw.com
Attorney for Plaintiff,
**GAIL J. HUEBNER**